UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV 25-3527-MWC (E) | Date | August 5, 2026 |
| Title | VA SANG CHONG v. ERNESTO SANTACRUZ, JR. ET AL. | | |

| | |
|---|---|
| Present: The Honorable | Charles F. Eick, United States Magistrate Judge |

| | | |
|---|---|---|
| Bea Martinez | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| | |
|---|---|
| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
| None | None |

**Proceedings:** **(IN CHAMBERS)**

On December 23, 2025, Petitioner, then a detainee of Immigration and Customs Enforcement ("ICE"), filed a "Petition for Writ of Habeas Corpus etc." ("the Petition"). By Orders filed December 29, 2025, and August 5, 2026, the District Judge granted to Petitioner on an interim basis some of the relief sought in the Petition, including release from detention.

It is ordered that, on or before August 12, 2026, the parties shall show cause, if there be any, why the Court should not enter a final judgment granting the relief the District Judge granted to Petitioner on an interim basis in the Orders filed December 29, 2025, and August 5, 2026, and otherwise dismissing the Petition without prejudice. Failure timely to respond to this Order may be deemed consent to the entry of such a final judgment.

cc: Judge Court
Petitioner
All Counsel of Record

Initials of Deputy Clerk bm