JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VA SANG CHONG,

Petitioner,

v.

ERNESTO SANTACRUZ, ETC. ET AL.,

Respondents.

No. 5:25-cv-03527-MWC-E

JUDGMENT

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED. Respondents are permanently enjoined from re-detaining Petitioner absent compliance with 8 C.F.R. §§ 241.4(l)(1) and 241.13(i), and all other governing law. The Court confirms Respondents' obligation to return any of Petitioner's property confiscated during his arrest and processing into detention that has not already been returned.

DATED: September 24, 2026

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE